|   |   |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
|   | Federal Defender |
| 2 | LAURA MYERS, IL Bar #6338417 |
|   | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
|   | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
|   | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorneys for Defendant
ABRAHAM AGUIRRE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-mj-00094-SAB |
|---|---|
| Plaintiff, | **UNOPPOSED MOTION FOR RULE 43 WAIVER OF APPEARANCE; ORDER** |
| vs. | |
| ABRAHAM AGUIRRE, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2) and (3), Abraham Aguirre, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear at the July 20, 2023 motion hearing.

Mr. Aguirre previously was granted a Rule 43 waiver in this case. (ECF #8). In a June 16, 2023, scheduling order, this Court ordered that Mr. Aguirre appear for the motion hearing scheduled on July 20, 2023. (ECF #28). After briefing was completed, undersigned counsel conferred with government counsel, and both agreed that there is no need to present evidence at the hearing beyond that presented in the parties' exhibits.

Government counsel does not oppose this motion.

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 14, 2023

*/s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
ABRAHAM AGUIRRE

**O R D E R**

Defendant's request for a waiver of appearance is granted. Pursuant to Rule 43(b)(2) and (3), defendant's appearance is waived for the July 20, 2023, motion hearing.

IT IS SO ORDERED.

Dated:   **July 14, 2023**

UNITED STATES MAGISTRATE JUDGE

Aguirre - Rule 43 Waiver

2