# IN THE UNITED STATES DISTRICT COURT
### For The
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>ABRAHAM AGUIRRE,<br><br>　　　　　　　Defendant. | Case No. 1:21-mj-00094-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:**　　36 CFR 4.22(b)(3); 4.23(a)(1), (a)(2)

**Sentence Date:**　　April 18, 2024

**Review Hearing Date:** May 15, 2025

**Probation Expires On:** April 18, 2026

## CONDITIONS OF UNSUPERVISED PROBATION:

☒　　**Obey all federal, state and local laws**; and

☒　　**Monetary Fines & Penalties in Total Amount of:** $20 which Total Amount is made up of a Fine: $　　Special Assessment: $20　　Processing Fee: $ Choose an item. Restitution: $

☐　　Payment schedule of $　　per month by the　　of each month.

☐　　**Community Service hours Imposed of:**

☒　　**Other Conditions:** Serve 10 days in custody; Complete a three-month First-Offender DUI program through the California Department of Motor Vehicles (enroll by 9/30/2024, complete by 3/15/2025); Complete 50 hours of community service by 3/15/2026.

## COMPLIANCE:

☐　　Defendant has complied with and completed <u>all</u> conditions of probation described-above.

　　**Otherwise:**

☒　　Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

　　　　If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒　　To date, Defendant has paid a total of $ 20
　　☐ If not paid in full when was last time payment:　　Date: Click here to enter a date.
　　　　　　　　　　　　　　　　　　　　　　　　　　　Amount:

☐　　To date, Defendant has performed Click here to enter text. hours of community service.

☒　　Compliance with Other Conditions of Probation: Mr. Aguirre surrendered to the U.S. marshal as ordered on May 24, 2024, and served the custodial portion of his sentence.

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

*GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☒ The Government disagrees with the following area(s) of compliance:  The United States has not received proof of completion of the DUI course.

Government Attorney:  Chan Hee Chu

DATED:  5/1/2025                                   */s Chan Hee Chu*
                                                                CHAN HEE CHU
                                                                ASSISTANT U.S. ATTORNEY

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 5/15/2025 at 10 am

　　☒ be continued to 3/19/2026 at 10:00 a.m.; or

　　☐ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED:  5/1/2025                                   */s/ Laura Myers*
                                                                LAURA MYERS
                                                                DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED.  The Court orders that the Review Hearing set for _May 15, 2025 at 10am be continued to _March 19, 2026 at 10:00 a.m.

☒ DENIED.

IT IS SO ORDERED.

Dated:   **May 2, 2025**                          _____
                                                                STANLEY A. BOONE
                                                                United States Magistrate Judge